Alexander B. Boris, Esq., SBN 313195
**JAVAHERI & YAHOUDAI, APLC**
A Professional Law Corporation
1880 Century Park East, Suite 717
Los Angeles, CA 90067
Telephone: (310) 407-0766
Facsimile: (310) 407-0767
Email: alex@jnylaw.com
eService: teamab@jnylaw.com

Attorneys for Plaintiff, CHRISTINE G. MARQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE G. MARQUEZ, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALMART, INC.; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | **Case No.: 5:23-cv-00058 JGB (SPx)**<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION**<br><br>Complaint Filed: January 12, 2023<br>Trial Date: September 24, 2024 |

///
///
///
///
///
///
///
///

1

**JOINT STIPULATION TO DISMISS ENTIRE ACTION**

Plaintiff, CHRISTINE G. MARQUEZ ("Plaintiff"), and Defendant, WALMART, INC., ("Defendant") have stipulated and agreed, pursuant to Rule 41(a)(2) of the Federal Rules of Procedure that this case should be dismissed with prejudice. Each party has agreed to pay its own attorneys' fees and costs associated with this matter.

DATED: September 21, 2023                    JAVAHERI & YAHOUDAI, APLC.

By: _____
ALEXANDER B. BORIS, ESQ.
*Attorneys for Plaintiff,*
CHRISTINE G. MARQUEZ

DATED: September 21, 2023

O'HAGAN MEYER

By:  /s/ Theodore C. Peters
THEODORE C. PETERS, ESQ.
CECILE VUE, ESQ.
*Attorneys for Defendant,*
WALMART INC.

## **ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

IT IS SO ORDERED.

Date: _____                            _____
                                                           HON. SHERI PYM, U.S. MAGISTRATE JUDGE